90/08-5871.DV:tmm

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAYNA DEGRAFF and BRANDON BLANK, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VILLAGE OF LAKEMOOR; WALLACE ) <br> FRASIER, Chief of the Lakemoor Police ) <br> Department; Police Officer ANDREW B. ) <br> HEWETT; and UNKNOWN POLICE OFFICER, ) <br> ) <br> Defendants. ) | No.: 1:08 CV 3744 <br><br> Judge Virginia Kendall <br><br> Magistrate Judge Cox |

## NOTICE OF MOTION

TO:   Andrew Szocka
      Kevin W. Bruning
      BRUNING & ASSOCIATES, P.C.
      1051 Perimeter Drive, Suite 430
      Schaumburg, IL  60173

**PLEASE TAKE NOTICE** that on Monday, September 8, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia Kendall, or any judge sitting in her stead in courtroom 2319 usually occupied by her at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached:   Motion to File Answer to Plaintiffs' Complaint and Affirmative Defenses, *Instanter*

A copy of such pleading is attached hereto and herewith served upon you.

                                             s/ Krista E. Oswald
                                             KRISTA E. OSWALD, Attorney Bar #6287032
                                             One of the Attorneys for Defendants VILLAGE OF
                                             LAKEMOOR, WALLACE FRASIER, CHIEF OF
                                             THE LAKEMOOR POLICE DEPARTMENT, AND
                                             POLICE OFFICER ANDREW B. HEWETT

                                             KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
                                             2860 River Road – Suite 400
                                             Des Plaines, Illinois 60018-6009
                                             (847) 298-8000; (847) 298-8014 FAX
                                             E-mail:     KOswald@khkklaw.com

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned, one of the attorneys of record herein, hereby certifies that on September 2, 2008, the foregoing DEFENDANTS, VILLAGE OF LAKEMOOR, WALLACE FRASIER, CHIEF OF THE LAKEMOOR POLICE DEPARTMENT, AND POLICE OFFICER ANDREW B. HEWETT NOTICE OF MOTION was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which sent copies to the following participants:

                                            s/ Krista E. Oswald
                                            KRISTA E. OSWALD, Attorney Bar #6287032
                                            One of the Attorneys for Defendants VILLAGE OF LAKEMOOR, WALLACE FRASIER, CHIEF OF THE LAKEMOOR POLICE DEPARTMENT, AND POLICE OFFICER ANDREW B. HEWETT

                                            KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
                                            2860 River Road – Suite 400
                                            Des Plaines, Illinois 60018-6009
                                            Telephone:    (847) 298-8000
                                            Facsimile:     (847) 298-8014

5612 NOM 08-09-02