UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Shayna Degraff, et al.
                              Plaintiff,

v.                                              Case No.: 1:08–cv–03744
                                                Honorable Virginia M. Kendall

Village of Lakemoor, et al.
                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, September 5, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall:Defendants' motion to file answer and affirmative defenses instanter [10] is granted. Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.